IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-00118-RLV-DSC

| | |
|---|---|
| DOUGLAS H. BOUTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| HAMPTON INN, HICKORY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendants' "Motion to File Exhibit C Under Seal" (document # 21) filed December 28, 2012. For the reasons set forth therein, the Motion will be granted.

The Court considered Defendants' (i) non-confidential description of the material to be sealed, (ii) statement as to why sealing is necessary, (iii) statement as to the period of time sealing is sought and how the matter is to be handled upon unsealing, and (iv) authority supporting the order to seal in its Motion to Seal. Under the Protective Order entered in this case (document #11), parties are required to submit materials designated "HIGHLY CONFIDENTIAL" under seal. Therefore, Defendants' Motion to Seal is GRANTED and Defendants are hereby granted leave to file under seal Exhibit C to Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: December 28, 2012

David S. Cayer
United States Magistrate Judge